# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched* )<br>*or identify the person by name and address)* )<br>One Priority Mail parcel addressed to Elise Tatem, 823 )<br>Grace Ridge Dr, Apt 110, Auburn, AL 36830 bearing )<br>tracking number 9505513819277212151075 ) | Case No. 3:17mj 185-GMB |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Middle____ District of ____Alabama____
*(identify the person or describe the property to be searched and give its location):*

One Priority Mail parcel addressed to Elise Tatem, 823 Grace Ridge Dr, Apt 110, Auburn, AL 36830 bearing tracking number 9505513819277212151075

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

controlled substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments consisting of payment and/or proceeds relative to the distribution of controlled substances

**YOU ARE COMMANDED** to execute this warrant on or before ____August 22, 2017____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Gray M. Borden____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: August 7, 2017 @ 4:02 P.M.   _____
*Judge's signature*

City and state: ____Montgomery, AL____   ____Gray M. Borden, U.S. Magistrate Judge____
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>One Priority Mail parcel addressed to Elise Tatem, 823 Grace Ridge Dr, Apt 110, Auburn, AL 36830 bearing tracking number 9505513819277212151075 | )<br>)<br>)  Case No. 3:17mj185-GMB<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
One Priority Mail parcel addressed to Elise Tatem, 823 Grace Ridge Dr, Apt 110, Auburn, AL 36830 bearing tracking number 9505513819277212151075

located in the ___ Middle ___ District of ___ Alabama ___, there is now concealed *(identify the person or describe the property to be seized)*:
controlled substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments consisting of payment and/or proceeds relative to the distribution of controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, USC, Sections 841(a)(1) and 843(b) | Controlled Substance Act. |

The application is based on these facts:

See attached affidavit (ATTACHMENT A) incorporated herein by reference and made part of this application.

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: ___) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*J. D. T.*
*Applicant's signature*

J. D. Tynan, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/7/2017

*Judge's signature*

City and state: Montgomery, AL

Gray M. Borden, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

The undersigned, being duly sworn on oath, deposes and says:

1. I, James D. Tynan, have been a United States Postal Inspector for 15 years. I am currently assigned to the U.S. Postal Inspection Service Office in Montgomery, Alabama. I investigate incidents where the United States Mail is used for the purpose of transporting non-mailable matter, including controlled substances such as marijuana, cocaine, heroin, and steroids in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b), and substances mailed in violation of Title 18, United States Code, Section 1716. During my career, I have attended USPIS narcotics training classes and participated in local and national drug interdictions where I have become familiar with the smell of marijuana. I have also executed, and helped to execute, well over 100 search warrants on other drug parcels where various illegal drugs have been recovered and documented. The following information was obtained by me personally or has been provided to me by other law enforcement officers and postal employees. This affidavit only contains information necessary to support probable cause for a search warrant and does not include every fact observed by your affiant or known to the government.

2. Prior investigations by U.S. Postal Inspectors have determined that the U.S. Mails are used to transmit controlled substances, and proceeds from controlled substances. In your affiant's training and experience, some areas of the country are known to be major sources for illegal drugs (drug source locations) being mailed into the state of Alabama. These drug source locations include the states of California, Arizona, Texas, Colorado, Oregon, and Washington. In your affiant's training and experience, drugs flow from these drug source locations to places like Montgomery, Alabama. In turn, proceeds from the sales of these illegal drugs in places like Montgomery,

Alabama, are sent back to the drug source locations as payments for the illegal drugs. I have participated in numerous cases involving the mailing of controlled substances from these drug source locations to Montgomery, Alabama, and other areas. I have also been involved in numerous investigations where drug proceeds packages were seized enroute to these drug source locations in the U.S. Mail. My training and previous experience has made me familiar with the method and manner that drug traffickers use to move illegal drugs and drug proceeds through the U.S. Mail.

3. Along with narcotics originating from source states, U.S. Postal Inspection Service cases have revealed that items, such as steroids and the substances used to manufacture steroids, frequently originate overseas and are mailed or shipped into the U.S. I, along with other agents whom I have worked with, have personally seen items used to manufacture steroids, as well as other synthetic drugs, and medications mailed or shipped into the U.S. from countries, such as Canada, China, India, the Netherlands, and Thailand. Steroids and other synthetic drugs are not the only items mailed into the United States. Postal Inspection Service cases have revealed items, such as fentanyl, "Molly", ecstasy and Xanax pills mailed or shipped into the U.S. from Canada as well.

4. Your affiant is aware that the distribution of illegal drugs and narcotics, and proceeds from the sales of these illegal drugs and narcotics through the U.S. Mails, can make U.S. Postal Service employees and facilities targets of crimes during the unknowing delivery of drug or proceeds packages. Your affiant is also familiar with cases where U.S. Postal Service employees were targeted for robbery because of packages known to contain illegal drugs and/or proceeds from the distribution of illegal drugs.

5. On or about August 3, 2017, postal management from the Auburn Post Office contacted affiant regarding a package that emitted a strong odor. At affiant's request, on or about August 3, 2017, postal management forwarded the package addressed to Elise Tatem, 823 Grace

2

Ridge Dr., Apt 110, Auburn, AL 36830, to the affiant. Upon receiving the package, affiant noticed a strong odor that emitted from the package. The package was mailed on or about July 31, 2017, from Stockton, CA, and is described below:

| | |
|---|---|
| Tracking Number: | 9505 5138 1927 7212 1510 75 |
| Color: | White |
| From: | Tracy Elington<br>1225 Elmonte<br>Stkn, CA 9520 |
| To: | Elise Tatem<br>823 Grace Ridge Dr., Apt 110<br>Auburn, AL 36830 |
| Postage: | $13.60 |
| Weight: | Approx. 1 lb. 0.2 oz. |

6. On August 7, 2017, affiant conducted a computerized address check via CLEAR (Internet based records search databases) and determined that the "From" name of Tracy Elington was not associated with the sender address. In addition, the name Elise Tatem was not associated with the "To" address. On or about August 4, 2017, the customers requested redelivery of the package and provided phone number 334-840-4627. Affiant called 334-840-4627 and it was no longer in service and appeared to be a prepaid phone. Based on affiant's training and experience, persons involved in the distribution of controlled substances via the U.S. Mail will use fictitious address information or address packages to vacant residences, as well as a send packages with a waiver of signature request, in an attempt to disassociate themselves from the controlled substances.

7. On August 4, 2017, trained narcotics dog handler Trooper Jimmy Hendrix, Alabama Law Enforcement Agency, and his narcotics detector dog "Mary Jane" conducted an exterior

inspection of Priority Mail package bearing label 9505 5138 1927 7212 1510 75; the dog alerted, indicating the package contained the scent of controlled substances.

8.  "Mary Jane" is a female Belgium Malinois and is approximately five and a half years old, and has been working as a K9 narcotics detector dog since July 2013. "Mary Jane" participates in minimum of 16 hours of in-service training per month, as well as routine usage. Per her handler, Sr. Trooper James Hendrix, "Mary Jane" was certified through the Alabama Canine Law Enforcement Officer's Training Center, Inc. "Mary Jane" is certified to detect cocaine, marijuana, heroin, methamphetamine, crack and MDMA. Trooper Hendrix has been in been in law enforcement for about 17 years. Trooper Hendrix has been a canine narcotics handler with Alabama Law Enforcement Agency (ALEA) for approximately 10 years; and has worked with "Mary Jane" for approximately three and a half years. Trooper Hendrix has confirmed the K-9's credibility and reliability. "Mary Jane" has successfully alerted hundreds of times during training and real life situations. "Mary Jane" is available seven days a week to conduct drug sniffs for the Alabama Law Enforcement Agency and other outside agencies. "Mary Jane" has several narcotic arrests.

9.  The Priority Mail package bearing label 9505 5138 1927 7212 1510 75 has been maintained unopened in the custody of the Postal Service in this District pending application for a search warrant.

J. D. Tynan
Postal Inspector

Sworn to and subscribed before me this
7th day of August, 2017, at Montgomery, Alabama.

GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE

4